1HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANSON CARR, an individual,<br><br>Plaintiff,<br>v.<br><br>KING COUNTY, a Washington County; GIRMAY ZAHILAY, in his official capacity as King County Executive; and PATRICIA COLE-TINDALL, in her official capacity as King County Sheriff,<br><br>Defendants. | No. 2:25-cv-00168-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Stay Proceedings in this matter ("Stipulated Motion") for 90 days from the date of this Order pending: (1) the United States Supreme Court's disposition of the petition for a writ of certiorari in *Detwiler v. Mid-Columbia Medical Center*, 156 F.4th 886 (9th Cir. 2025), No. 26-196; and (2) the Washington State Supreme Court's disposition of the petition for review in *Wittig v. Ferguson*, No. 60100-1-II, 2025 WL 3216350 (Wash. Ct. App. Nov. 18, 2025), No. 105541-2. The existing case schedule is suspended, and the parties shall address revised deadlines in a subsequent proposed scheduling order.

The Court, having considered the Stipulated Motion, and finding good cause shown, hereby **GRANTS** the parties' Stipulated Motion. It is hereby **ORDERED** that the instant action is stayed as follows:



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

If both the U.S. Supreme Court and Washington State Supreme Court deny the petitions for certiorari and review within 90 days, the parties shall submit, within 14 days of the later disposition a status report and proposed scheduling order addressing further proceedings in this case.

If either petition is granted, or both, within 90 days of the Court's order on this Motion, the parties will submit, within 14 days after the 90-day stay expires, either a stipulated motion to extend the stay or a status report and proposed scheduling order addressing further proceedings in this case.

If either petition remains undecided after 90 days, the parties will submit either a stipulated motion to extend the stay or a status report and proposed scheduling order addressing further proceedings in this case within 14 days.

DATED this 18th day of November, 2026.

HON. TANA LIN

Presented by:

ELLIS, LI & McKINSTRY PLLC

By: *s/ Abigail St. Hilaire*
Abigail St. Hilaire, WSBA #48194
Keith Kemper, WSBA #19438
Jacob Farrell, WSBA #60153
kkemper@elmlaw.com
asthilaire@elmlaw.com
jfarrell@elmlaw.com

Attorneys for Plaintiff

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
kai.smith@pacificalawgroup.com

Attorney for Defendants